**Order filed July 18, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00428-CV
_____

## SOLUM ENGINEERING, INC., Appellant

## V.

## MARTHA M.J. STARICH AKA MARIE J. STARICH AND LORI A. HOOD, Appellees

**On Appeal from the 61st District Court
Harris County, Texas
Trial Court Cause No. 2011-35151**

## O R D E R

The notice of appeal in this case was filed May 6, 2013. The clerk's record was filed July 11, 2013. To date, the filing fee of $175.00 has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $175.00 to the Clerk of this court on or before **August 2, 2013.** *See* Tex. R. App. P. 5. If appellant

fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM